IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RUSSELL L. UNDERWOOD,

    Plaintiff,

v.                                              CASE NO. 5:16-cv-37-LC-GRJ

GULF CORRECTIONAL
INSTITUTION,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a handwritten document construed as a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff is an inmate presently incarcerated at Gulf Correctional Institution. The Court ordered Plaintiff to file an amended complaint on the Court's form and either pay the $400 civil rights filing fee or file a motion for leave to proceed as a pauper on or before April 25, 2016. As of this date, Plaintiff has failed to comply. Further, Plaintiff submitted a letter to the Clerk on May 6, 2016, to inquire about the status of two motions to voluntarily dismiss this case that Plaintiff says he filed. ECF No. 6. Although no such motions have been docketed in this case, Plaintiff's letter reflects an affirmative intent to abandon this case.

*Page 2 of 2*

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 12th day of May 2016.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge