IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RUSSELL L. UNDERWOOD,

     Plaintiff,

v.                          CASE NO. 5:16-cv-37-LC-GRJ

GULF CORRECTIONAL
INSTITUTION,

     Defendant.

_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 12, 2016 (ECF No. 8).  The Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

     Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The complaint, ECF No. 1, is **DISMISSED.**

**DONE AND ORDERED** this 5th day of June, 2016.


   s/*L. A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**